THE STATE EX REL. PLAIN DEALER PUBLISHING COMPANY
v. CUYAHOGA COUNTY COURT OF COMMON PLEAS.

[Cite as *State ex rel. Plain Dealer Publishing Co. v. Cuyahoga Cty. Court of Common Pleas* (2000), 88 Ohio St.3d 1225.]

(No. 00–301—Submitted and decided February 11, 2000.)

*Baker & Hostettler, L.L.P., Kyle B. Fleming* and *Jeffrey T. Williams,* for relator.

*Richard M. Knoth, Jayne L. Jakubaitis* and *Vivek K. Hatti,* for respondent.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., concurs in judgment.

**DOUGLAS, J., concurring.** I concur in the judgment to grant an alternative writ prohibition, but to me the issue is so clear that I would issue a peremptory writ. See, *e.g.,* R.C. 2731.06, peremptory mandamus. See, also, Section 2(B)(1)(d), Article IV, Ohio Constitution.